IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRISTOBAL P. HEREDIA**                                                                                          **PLAINTIFF**

v.                                       Case No. 4:22-CV-385-LPR

**BRANDON POSEY, et al.**                                                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered today and previous Orders entered in this case, all claims in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of March 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE